

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-16-00286-CV

IN RE B.U.                                                            RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 2006-20830-158

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's "Original Proceeding arising out of the 158th Judicial District Court of Denton County, Texas for Expedited Peremptory Writ of Mandamus, Prohibition, and Habeas Corpus with Request for Emergency Temporary Orders and for Further Relief with Affidavits attached in Support Thereof" and is of the opinion that relief should be denied. Accordingly, relator's "Original Proceeding arising out of the 158th Judicial District Court of Denton County, Texas for Expedited Peremptory Writ of Mandamus, Prohibition, and

---

[1]*See* Tex. R. App. P. 47.4.

Habeas Corpus with Request for Emergency Temporary Orders and for Further Relief with Affidavits attached in Support Thereof" is denied.

PER CURIAM

PANEL:  MEIER, WALKER, and SUDDERTH, JJ.

DELIVERED:  August 16, 2016